Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*            November 13, 2024

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:    Boco v. O'Malley, Commissioner of Social Security
                 Docket No: 1:24-cv-04083-VF

Hon. Judge Figueredo:

      This letter respectfully requests an extension of time of thirty (30) days for Plaintiff to file Plaintiff's Brief in this matter, to December 20, 2024. Plaintiff's Brief is currently due on November 20, 2024; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

      Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between November 8, and December 18, 2024, staff in Counsel's office have ninety-one (91) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

      Plaintiff's counsel has contacted defense counsel who kindly consents to this request and has agreed to the below briefing schedule. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This would be a first request for an extension of time in this matter.

      If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before December 20, 2024;**
- **Defendant's Brief is due on or before February 14, 2025; and**
- **Plaintiff's Reply Brief, if any, is due on or before February 28, 2025.**

//
//



Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated:** 11/14/24

The extensions requested herein are GRANTED and the proposed briefing schedule is hereby adopted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.